# EXHIBIT A

**Sonoma County Home Page**

- Home Page
- Airlines
- Buses
- Airport Info
- Parking
- Directions
- Rental Cars
- Restaurants
- Tenants
- Museum
- Links
- Weather
- Forms/Docs
- Events
- Commission

# CHARLES M. SCHULZ
## Sonoma County Airport

2290 Airport Blvd., Santa Rosa, CA 95403 ~ 707-565-7243
The official website of the Charles M. Schulz - Sonoma County Airport

*Horizon Air*

**FLY STS**

### New Service to Portland
Nonstop Service to Los Angeles (LAX) and Seattle (SEA)

Nonstop daily service to Portland and a third daily flight to LAX begin October 28, 2007

Contact horizonair.com or 1-800-547-9308 for Tickets and Reservations






- Horizon Air Service to Los Angeles and Seattle
- **DRAFT MASTER PLAN UPDATE**
- SRJC Fall 2007 Schedule of Aeronautics Classes (13KB PDF)
- VISITOR INFORMATION
- Red Baron News Letter July 2007 (1.02MB PDF)
- Airport Advertising
- Parking Lot Locations
- Airline Attraction Report JAN 2006 (364KB PDF)
- Annual Complaint Summary 2005 (348KB PDF)

**Email Updates:**
your@email.com
◉ Subscribe
◯ Unsubscribe
[GO!]
Email address submitted






Sonoma County Airport Home Page

**County of Sonoma Department of Transportation & Public Works**
Copyright © 2001-2007 All Rights Reserved.
Questions or Comments

are subject to
public records requests