# EXHIBIT B

» Start a domain search: [      ] com [GO!]    » 24/7 Sales & Support: (480)505-8877    » Today's Offers

**Go Daddy.com** Make a .com name with us!®

**HOT SPOT** See our commercials, view event photos, get your Go Daddy Gear & more!

**48 HOUR SALE!** .INFO Just $1.99* .US Just $4.95/yr  Limited time only on new registrations through 8/31

» **BobParsons.com** The 2008 Super Bowl. Why Go Daddy might si out.

| Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reselle |

# WHOIS Search Results for: SONOMACOUNTYAIRPORT.COM

**Search Again**
Enter a Domain Name to Check
[                    ] .com

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
S., Nancy

2238 Airport Blvd. Suite B
Santa Rosa, California 95403
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: SONOMACOUNTYAIRPORT.COM
Created on: 05-Jun-01
Expires on: 05-Jun-16
Last Updated on: 03-Jun-07

Administrative Contact:
Hayssen, Nancy NHayssen@sonic.net
Seminars for Learning
2238 Airport Blvd. Suite B
Santa Rosa, California 95403
United States
707 477-7610

Technical Contact:
Hayssen, Nancy NHayssen@sonic.net
Seminars for Learning
2238 Airport Blvd. Suite B
Santa Rosa, California 95403
United States
707 477-7610

**Available TLDs**
- SONOMACOUNTYAIRPORT. NET  $8.9
- SONOMACOUNTYAIRPORT. INFO  $1.9
- SONOMACOUNTYAIRPORT. BIZ  $6.9
- SONOMACOUNTYAIRPORT. US  $4.9
- SONOMACOUNTYAIRPORT. NAME  $9.9

**You might also conside**
- SONOMACOUNTYAIRPORTONLINE. COM  $7.9
- ONLINESONOMACOUNTYAIRPORT. COM  $7.9
- SONOMACOUNTYAIRPORTHOME. NET  $8.9
- HOMESONOMACOUNTYAIRPORT. NET  $8.9
- SONOMACOUNTYAIRPORTSITE. ORG  $8.9
- SITESONOMACOUNTYAIRPORT. ORG  $8.9
- SONOMACOUNTYAIRPORTWEB. INFO  $1.9
- WEBSONOMACOUNTYAIRPORT. INFO  $1.9
- SONOMACOUNTYAIRPORTLIVE. BIZ  $6.9
- LIVESONOMACOUNTYAIRPORT. BIZ  $6.9
- SONOMACOUNTYAIRPORTBLOG. US  $4.9

**REGISTER NOW**

**SFO SJC OAK Airport Limo**
Call 866 535 5545 for special rates
Limousine & Sedan Service
www.excellimousineservice.com

Domain servers in listed order:
WSC1.JOMAX.NET
WSC2.JOMAX.NET

Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited
Registry Status: clientDeleteProhibited

See Underlying Registry Data
Report Invalid Whois

**Santa Rosa Web Designer**
Custom web designer for Santa Rc
starting at $1500
www.websitepipeline.com

**L.A. Airport Shuttle**
Professional & Courteous Drivers.
Comfortable and Clean Vehicles.
www.primetimeshuttle.com

**Airport transportation**
Find Airport Transportation. Smart
Start Here!
Travel-Wise.com

**LAX Airport Shuttle**
Ride In Style With Us. Great Deals
Quote & Reserve Your Ride!
www.LALimos.net

**Sanford Airport Transfers**
Luxurious,Reliable,Timely-Preferre
Airport transportation co.
www.Elite-Transportation.com

**Airport Transfers & Taxis**
Edinburgh Airport Transfer to City (
from £3.60 per person
www.OnwardTravel.com

**STS Airport Car Rentals**
Low Rates. Save Up To 40% Com[
and Save Today!
www.CarRentals.com

**SF City Shuttle**
San Francisco City to SFO door to
airport shuttle
www.sanfranciscocityshuttle.com

**Denver Airport Hotels**
Official Airport Hotel Guide Trusted
Airport Hotels
OfficialAirportHotels.com

---

» 24/7 Sales and Support: (480) 505-8877   » Billing Questions? Call (480)505-8855   | Free Email Updates! Enter address

Home | Contact Us | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates | Resellers | Link to Us
LifeOnlineWithBobParsons.tv | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com | DomainNameAftermarket.com

        

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**

