# EXHIBIT C



# WELCOME to Sonoma County Airport.com

**Flight Schedules** | Parking | Ground Transportation | Scenic Air Tours | Learn to Fly | Upcoming Events | Maps & Directions | Contact Us | Advertising

- Flight Schedules
- Things to Do
- Wineries
- Restaurants
- Lodging
- Travel
- Places to Shop in Sonoma County
- Spas & Relaxation

Bookmark this Site!

SAVE MONEY! Book Your Ticket Now!



New Flights to Portland starting October 28th! Find out More »

Thursday, August 30, 2007
6:27 pm

The Charles Schulz Sonoma County Airport, located at 2290 Airport Blvd., serves the greater Santa Rosa, Sonoma County area. It provides commercial air service, fuel service, major aircraft maintenance, flight school training operations, aircraft

**PLUS Everyone Receives the FREE Report "7 Secrets to Save Money Traveling in 2007"**

One Lucky Winner Chosen Every 30 Days!

Everyone who signs up receives FREE updates including new flights, extended cities and news about the Sonoma County Airport.

**First Name**



### Interview with a Flight School

We had the pleasure of sitting down with Art Hayssen, owner of North Coast Air, for an interview recently.

Art Hayssen has been flying for over 30 years and built North Coast Air as an alternative to other aircraft rental and flight school operations. He has succeeded at…

If you have ever wanted to become a pilot or are looking for tips from an expert about flying, you do not want to miss this.

» Read the Interview…

hanger space and tie-downs for locally based and transient customers.

Sonoma County supervisors recently approved to change the name of Sonoma County Airport to Charles M. Schulz Sonoma County Airport to honor the late Peanuts creator who resided in Santa Rosa, CA.

The airport is home to a 5,115 ft. runway serving small aircraft to large corporate aircraft. There are 3 instrument approaches, including a precision Category I approach and inclement weather operations. The terminal and services offered by the County are available 365 days a year from 7:00 a.m.-10:00 p.m. daily.



### Learn more about Sonoma County Airport…

Sonomacountyairport.com is an online community dedicated to serving local Sonoma travelers, visitors traveling to the area and local businesses in Sonoma County and the North San Francisco Bay Area. It is free to access sonomacountyairport.com.

---

Last Name
Email
Zip
Favorite Place to Travel

Click Here to Join

» Read Details…

Museum Donations!
PCAM

AccuWeather.com
Santa Rosa, CA
Hourly Info | 15 Days
Sunny
90°F
RealFeel®: 88°F
Winds: S at 8 mph

### Expert Advice



**7 Ways to Keep Sonoma County Green**
provided by Zap! Electric Cars, a local

© 2007-2008 All Rights Reserved
Sonoma CountyAirport.com – **Disclaimer**
**Unique Website Design** by Kesner Designs

Sonoma County Airport - Visit Sonoma County

This is not the official site for the Charles M. Schulz Sonoma County Airport. We are privately owned and operated. The county site is located at: **sonomacountyairport.org**

**Sonoma County business**
» Continue reading...