# EXHIBIT D




Home | About the Airport | Maps & Directions | Contact Us | Advertising

Flight Schedules | Parking | Ground Transportation | Scenic Air Tours | Learn to Fly | Upcoming Events | Airport Directory | Free Travel Tips

## About Sonoma County Airport

Thursday, August 30, 2007
6:27 pm

### What is Sonoma County Airport?

» Airport Details
» Airport FAQ's

**Sonoma County Airport.com is where YOUR wine country experience begins.**



As a premier online destination source for information at the Charles M. Schulz Sonoma County Airport in Santa Rosa, California and surrounding community, Sonoma County Airport .com reaches a local and global audience that wants to stay connected with experiences of travel, transportation and tourism.

We are dedicated to giving local residents, visitors traveling to the area and businesses throughout the North San Francisco Bay Area all the information you need-- easily and efficiently in one spot.

 **Bookmark this Site!**

- Flight Schedules
- Things to Do
- Wineries
- Restaurants
- Lodging
- Travel
- Places to Shop in Sonoma County
- Spas & Relaxation

**PLUS Everyone Receives the FREE Report "7 Secrets to Save Money Traveling in 2007"**

One Lucky Winner Chosen Every 30 Days!

Everyone who signs up receives FREE updates including new flights, extended cities and news about the Sonoma County Airport.

**First Name**



**Sonoma County Airport.com** celebrates over 6 years of a presence online successfully building a loyal customer base of thousands of travelers to and from the Wine Country.

Sonoma County, one of the most popular destinations in the world for its wineries has a rising number of travelers and even more so now the airport is home to Horizon Air servicing Seattle, Washington and Los Angeles, California.

You will find numerous pages of valuable information consumers seek when making efficient travel arrangements to and from the Wine Country.

Sonoma County, located less than 30 miles north of San Francisco's Golden Gate Bridge, is America's premier wine, spa and coastal destination, featuring more than 250 wineries, over 500 restaurants, 76 miles of stunning Pacific coast, famous luxurious spas, majestic redwoods, tons of shopping and a beautiful climate year round.

*In 2005, there were over seven million visitors to the Wine Country and over $1 billion dollars spent in Sonoma County by visitors each year.*

When you join our site, you will have the opportunity to:

- Reach Millions of Travelers - 24 hours a day & 7 days a week allowing your business to be seen by locals in the community to visitors from all over the world
- Make 100% of the Sale – Marketing Direct through our website
- Email Direct to thousands of enthusiastic travelers
- Generate New Customers immediately and effectively
- Be Seen on the #1 Ranked Site on Google and other search engines for the Sonoma County Airport

Members currently include Aviation businesses, wineries, hotels, spas, restaurants, transportation companies, retail outlets, educational institutions, and others dedicated to developing the awareness of the diversity that makes up the airport community and tourism industries.







As the largest niche network of this type we are considered the authority by providing results and exposure on the #1 domain name people go to when looking for information about traveling to and from the Sonoma County Airport.

Travelers save travel time with this easy, efficient and convenient site with easy navigation, up-to-date information and a user-friendly feel. Travelers will find flight schedules, ground transportation, parking, places to shop, wineries, lodging, how to become a pilot, things to do, weather forecasts, an airport directory, upcoming events and more.

Our aim is to drive unlimited referrals to your website to increase sales and bring aware to your business for a set annual feel.

**Advertising Packages include:**

- Banner Advertising
- Airport Directory Listings
- Highlighting Your Business through
  - "Informative Interviews"
  - "Expert Advice"
- Email Promotions
- Spotlighting Your Business – whether it's Ground Transportation Companies, Wineries, Lodging, Learning to Fly, Spas, Restaurants, Places to Shop in Sonoma County, Things to Do and more.

Check out our Advertising Options

Santa Rosa, California is one of the fastest-growing U.S. cities, marked by a population increase of more than 37% which means an increase in travel and tourism as well. Locals and visitors traveling to the Wine Country are flying out of the Sonoma County Airport, using ground transportation and taking advantage of all the tourist activities Sonoma County has to offer, now more than ever.

Travel to and from Sonoma County is now easy and convenient with SonomaCountyAirport.com.



We look forward to you joining our community and creating success for your business.

Sonoma County Airport.com is a web based project of Make Me Over Productions.
It is free to access Sonoma County Airport.com.

**Contact Info**
Nancy Hayssen
707-542-7399
nancy@sonomacountyairport.com

© 2007 SonomaCountyAirport.com - **Disclaimer**
**Unique Website Design** by Renee Designs

This is not the official site for the Charles M. Schulz Sonoma County Airport. We are privately owned and operated. The county site is located at sonomacountyairport.org