# EXHIBIT E

```
                         www.sonomacountyairport[1]
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns="http://www.w3.org/1999/xhtml">
<head>
<title>Sonoma County Airport - Visit Sonoma County</title>
<meta name="keywords" content="sonoma county airport, santa rosa, sonoma, horizon
air, horizon air santa rosa, horizon air airlines, flight schools, travel tips,
traveling, wine country, charles schulz, travel adventure, travel deals, air travel
" />
<meta name="description" content="Sonoma County Airport .com is home of Santa Rosa
Horizon Air and Wine Country information. Visit our Sonoma County Business Directory
and find travel adventure, scenic air tours and more." />
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1" />
<link type="text/css" rel="stylesheet" href="css/global.css" />
</head>
<body>
<div id="wrapper">
  <div id="ad-block"><script type="text/javascript"><!--
google_ad_client = "pub-0570058178148988";
google_ad_width = 728;
google_ad_height = 90;
google_ad_format = "728x90_as";
google_ad_type = "text";
google_ad_channel = "4282904032";
google_color_border = "1F4E82";
google_color_bg = "1F4E82";
google_color_link = "ffffff";
google_color_text = "ffffff";
google_color_url = "ffffff";
//-->
</script>
<script type="text/javascript"
  src="http://pagead2.googlesyndication.com/pagead/show_ads.js">
</script></div> <div id="header"><h1 class="santa_title">Santa Rosa,
California</h1><a href="http://www.sonomacountyairport.com"><img
src="media/structure/logo.gif" alt="Sonoma Conty Airport .com" width="341"
height="139" border="0" /></a>
   <div id="top-nav"><a href="index.php"><img src="media/structure/nav_03.gif"
alt="Home" border="0" /></a><a href="about-us.php"><img
src="media/structure/nav_04.gif" alt="About Us" border="0" /></a><a
href="maps-and-directions.php"><img src="media/structure/nav_05.gif"
alt="Directions" border="0" /></a><a href="contact-us.php"><img
src="media/structure/nav_06.gif" alt="Contact" border="0" /></a><a
href="advertising.php"><img src="media/structure/nav_07.gif" alt="Advertising"
border="0" /></a></div>
  </div>   <div id="menu">
    <ul>
      <li><a href="airline-schedule.php" class="mid">Airline Schedule</a></li>
      <li><a href="parking.php">Parking</a></li>
      <li><a href="ground-transportation.php" class="long">Ground
Transportation</a></li>
      <li><a href="scenic-air-tours.php" class="mid">Scenic Air Tours</a></li>
      <li><a href="learn-to-fly.php">Learn to Fly</a></li>
      <li><a href="become-a-pilot.php">Become a Pilot</a></li>
      <li><a href="upcoming-events.php" class="mid">Upcoming Events</a></li>
      <li><a href="airport-directory.php" class="mid">Airport Directory</a></li>
    </ul>
  </div>   <div id="content-area">
   <div id="left">
       <div id="sub_nav"><ul>
       <li><a href="things-to-do.php">Things to Do</a></li>
       <li><a href="wineries.php">Wineries</a></li>
       <li><a href="restaurants.php">Restaurants</a></li>
```
                                 Page 1

www.sonomacountyairport[1]

```
<li><a href="hotels.php">Lodging</a></li>
<li><a href="travel.php">Travel</a></li>
<li><a href="sonoma-county-shopping.php">Places to Shop in Sonoma County</a></li>
<li><a href="sonoma-county-spas.php">Spas &amp; Relaxation</a></li>
<!--
<li><a href="#">Discussion Boards</a></li>
<li><a href="#">Advertise on this Site</a></li>-->
</ul></div><div class="clearer"></div>
<h2 class="title_banner">Interview with a Flight School</h2>
<p><img src="media/interview/arthayssen/art-thumb.jpg" alt="art hayssen" class="img_border img_l" />If you have ever wanted to become a pilot or are looking for tips from an expert about flying, you do not want to miss this.</p>
<p>We had the pleasure of sitting down with Art Hayssen, owner of North Coast Air, for an
   interview recently.</p>
<p>Art Hayssen has been flying for over 30 years and built North Coast Air as an alternative
   to other aircraft rental and flight school operations. He has succeeded at...</p>
    <p style="font-weight: bold;"><a href="interview.php">&raquo; Read the Interview...</a></p>
    <div class="clearer_border"></div>
    <p><a href="http://horizonair.com"><img src="media/ad/fly-sts-s.jpg" alt="FLY STS - Reservations Available Now - Call 1-800-547-9308" border="0" /></a></p>
    <script type="text/javascript"><!--
google_ad_client = "pub-0570058178148988";
google_ad_width = 250;
google_ad_height = 250;
google_ad_format = "250x250_as";
google_ad_type = "text";
google_ad_channel = "4282904032";
//-->
</script>
<script type="text/javascript"
  src="http://pagead2.googlesyndication.com/pagead/show_ads.js">
</script>   </div>
   <div id="center">
    <p style="text-align: center;"><img src="media/structure/welcome.gif" alt="Welcome to Sonoma County Airport (.com)" width="355" height="164" /></p>
    <p><img src="media/girl-wine.jpg" alt="california wine country" class="img_border img_r" />The Charles Schulz Sonoma County Airport, located at 2290 Airport Blvd., serves the
   greater Santa Rosa, Sonoma County area. It provides commercial air service, fuel
   service, major aircraft maintenance, flight school training operations, aircraft
   hanger space and tie-downs for locally based and transient customers.</p>
<p>Sonoma County
   supervisors recently approved to change the name of Sonoma County Airport to
   Charles M. Schulz Sonoma County Airport to honor the late Peanuts creator who resided in
   Santa Rosa, CA.</p>
    <p><img src="media/tower-s.jpg" alt="sonoma county airport" class="img_l img_border" />The airport is home to a 5,115 ft. runway serving small aircraft to large corporate
   aircraft. There are 3 instrument approaches, including a precision Category I approach and inclement weather operations. The terminal and services offered by the
   County are available 365 days a year from 7:00 a.m.-10:00 p.m. daily.</p>
    <p>Sonomacountyairport.com is an online community dedicated to serving local
```

```
                          www.sonomacountyairport[1]
Sonoma
    travelers, visitors traveling to the area and local businesses in Sonoma County
and
    the North San Francisco Bay Area.  It is free to access
sonomacountyairport.com.</p>
      <h3><a href="about-us.php">Learn more about Sonoma County Airport...</a></h3>
      <p align="center"><a href="http://www.northcoastair.com/"><img
src="media/ad/North-Coast-Air.jpg" alt="North Coast Air Inc - Stop Dreaming and
Start Flying" border="0" /></a></p>
   </div>
   <div id="right">
      <div id="date_box">
        Friday, June 08, 2007<br />
           10:21 am     </div>
      <div id="join-newsletter">
        <p><strong>Be the first to receive travel tips, news and updates about the
Sonoma County Airport:</strong></p>
        <form name="form1" method="post"
action="http://www.mcssl.com/app/contactsave.asp">
<input name="merchantid" type="hidden" id="merchantid" value="64818">
<input name="ARThankyouURL" type="hidden" id="ARThankyouURL"
value="http://www.sonomacountyairport.com/thank-you.php">
<input name="copyarresponse" type="hidden" id="copyarresponse" value="0">
<input name="custom" type="hidden" id="custom" value="0">
<input name="defaultar" type="hidden" id="defaultar" value="113133">
<input name="allowmulti" type="hidden" id="allowmulti" value="0">
<input name="visiblefields" type="hidden" id="visiblefields"
value="Name,Email1,City,Zip">
<input name="requiredfields" type="hidden" id="requiredfields"
value="Name,Email1,City,Zip">
          <table width="100%" border="0" cellspacing="0" cellpadding="2">
            <tr>
              <td style="text-align: right;">Name:</td>
              <td><input name="Name" id="Name" type="text" /></td>
            </tr>
            <tr>
              <td style="text-align: right;">Email:</td>
              <td><input name="Email1" id="Email1" type="text"  /></td>
            </tr>
            <tr>
               <td style="text-align: right;">City:</td>
               <td><input name="City" id="City" type="text" /></td>
            </tr>
            <tr>
               <td style="text-align: right;">Zip:</td>
               <td><input name="Zip" id="Zip" type="text" /></td>
            </tr>
            <tr>
               <td> </td>
               <td><input type="image" name="imageField"
src="media/structure/submit_10.gif" /></td>
            </tr>
          </table>
        </form>
      </div>    <p><a href="http://pacificcoastairmuseum.org/"><img
src="media/ad/PCAM.jpg" alt="PCAM Museum Donations!" width="220" height="90"
border="0" /></a></p>
      <p><a href="airport-directory.php"><img
src="media/structure/airport-directory.gif" alt="Airport Directory" width="220"
height="47" border="0" /></a></p>
      <div align="center"><div style='width: 180px; height: 150px; background-image:
url(
http://vortex.accuweather.com/adcbin/netweather_v2/backgrounds/blue_180x150_bg.jpg
```
Page 3

```
                               www.sonomacountyairport[1]
); background-repeat: no-repeat; background-color: #346797;' ><div style='height:
138px;' ><script
src='http://netweather.accuweather.com/adcbin/netweather_v2/netweatherV2.asp?tStyle=
whteYell&logo=0&zipcode=95401&lang=eng&size=8&theme=&metric=0&target=_self'></script
></div><div style='text-align: center; font-family: arial, helvetica, verdana,
sans-serif; font-size: 10px; line-height: 12px; color: FFFFFF;' ><a style='color:
#FFFFFF'
href='http://wwwa.accuweather.com/index-forecast.asp?partner=netweather&traveler=0&z
ipcode=95401' >Weather Forecast</a> | <a style='color: #FFFFFF'
href='http://wwwa.accuweather.com/maps-satellite.asp' >Weather
Maps</a></div></div>
    <h3 class="sub_banner">Expert Advice</h3>
    <img src="media/expert/zap-top.jpg" alt="electric cars" /><br/>
    <strong>7 Ways to Keep Sonoma County Green</strong><br/>
    provided by Zap! Electric Cars, a local Sonoma County business<br />
        <a href="expert-advice.php">&raquo; Continue reading...</a>
   </div>
    </div>
    <div id="footer"><div class="f_left">&copy; 2007-2008 All Rights
Reserved<br/>Sonoma CountryAirport.com &ndash; <a
href="disclaimer.php">Disclaimer</a><br/><a
href="http://www.kesnerdesigns.net">Unique Website Design</a> by Kesner
Designs</div><div class="f_right">This is not the official site for the Charles M.
Schulz Sonoma County Airport. The county site is located at: <a
href="http://www.sonomacountyairport.org"
target="_blank">sonomacountyairport.org</a></div><div
class="clearer"></div></div></div>
</body>
</html>
```