# EXHIBIT F



Home

# Just Launched Northern California Airport Website, Sonoma County Airport.com, Makes Travel Easy Again

*Current Date:* August 30, 2007
*Release Date:* June 7, 2007

**Special Features**
Reply to this release
Send this link to a friend
Profile of this group

Irwin Zucker -- Promotion In Motion Public Relations
http://www.promotioninmotion.net



**Just Launched Northern California Airport Website, Sonoma County Airport.com, Makes Travel Easy Again**

Hollywood, CA 90028

June 7 2007

Fly the Northern California Wine Country From Sonoma County Airport



Fly the Wine Country

Santa Rosa, California (June 7, 2007) — Make Me Over Productions is pleased to announce the official launch of the updated and improved SonomaCountyAirport.com Web site today.

The easily-navigated site has been developed with the purpose of giving local residents and visitors traveling to the area useful and up-to-date information about the Charles M. Schulz Sonoma County Airport. SonomaCountyAirport.com supplies flight schedules, technical facts for pilots, suggestions for tourists coming to the area and details on tours available by plane for those who desire experiencing the thrill of flying in a small plane over the beautiful North San Francisco Bay Area.

"For years now various people have expressed interest in an efficient site being developed for the Sonoma County Airport," said the site's founder, Nancy Hayssen. "Recently, Horizon Air began servicing our airport and this has caused even more talk

Just Launched Northern California Airport Website, Sonoma County Airport.com, Makes Travel Easy Again

about our community being an ideal travel destination. With the growing demand for travel in and to Sonoma County, I'm excited to announce that www.SonomaCountyAirport.com has arrived!"

As an FAA Certified Private Pilot herself, Hayssen saw the need for a complete resource site and met the challenge head-on.

"Visitors to SonomaCountyAirport.com will save travel time and frustrations alike with this easy, efficient resource." said Nancy Hayssen. "The new site has straightforward navigation, current information and a user-friendly feel. Travelers will flight schedules, ground transportation options, parking information, a complete airport directory, upcoming events and even things to do in the area!"

Additionally, a section has been added to the site called "Airline Schedule" to highlight the newly added Horizon Air flights. With so much valuable information for potential travelers to the Sonoma County airport, Hayssen's goal with this site has been to simplify the often frustrating task of making travel arrangements.

"With its beautiful wineries and breathtaking scenery, Sonoma County is one of the most popular vacation spots on the map. While this has always been a popular destination, we have seen an even greater increase in the number of travelers now that Horizon Air is servicing the airport, which provides direct flights to and from Seattle and Los Angeles," stated Hayssen.

"Likewise, Santa Rosa is one of the fastest-growing U.S. cities, marked by a population increase of more than 37% in recent years. Locals and visitors traveling to the area have been flying into and out of the Sonoma County Airport, using locally-owned ground transportation services and taking advantage of the extensive tourist activities Sonoma County has to offer… now even more so than ever!"

Future additions to the SonomaCountyAirport.com site will include Interviews with local businesspeople, expert advice and updates about goings-on at the Sonoma County Airport. The site will be continually improved over the next year as numerous new businesses, job postings, discussion boards, and even a traveler's blog are added over time.

Contributors to this project currently include several aviation-related businesses, pilot clubs and associations, fixed-based operators, FAA facilities and educational institutions. Locally, we have the support of many wineries, hotels, spas, restaurants, retail outlets and other businesses that have expressed interest in developing community awareness of the diversity that makes up the airport community and tourism industries.

With this valuable Web site's resources now available, travel within, to and from Sonoma County is fun and convenient for everyone, and information can be found at this one efficient site.

Make sure to receive upcoming exciting news and money saving travel tips at: www.SonomaCountyAirport.com

Contact: Nancy Hayssen
707-542-7399
nancy@SonomaCountyAirport.com

Brad Butler (brad@promotioninmotion.net)
President
Promotion In Motion
6464 Sunset Blvd.,
Hollywood, CA   90028
Phone : 323-461-3921
Fax : 323-461-0917

Sonoma County Airport Website

More Information Promotion in Motion

Contact Irwin Zucker

Ask a question with InterviewNet℠

Click Here For A Printable Copy

Other experts on these topics:

1. **Public Relations**
2. **Publishing**
3. **Hollywood**

4. **Book Publicity**
5. **Health Professionals**
6. **Radio/TV/Press**

**Click to find more Experts on these topics**

Free Information / NewsMedia / News Releases / Experts / Daybook / InterviewNet / Yearbook of Experts / About ExpertClick.com

Terms and Conditions / Privacy Policy / Contact us / Get Information

**Copyright© 2007 BIS Inc. All rights reserved.**
**Broadcast Interview Source, Inc. 2233 Wisconsin Ave., N.W. Washington, D.C. 20007 Phone: (202) 333-5000**