1   ROBERT P. ANDRIS (SBN 130290)
    randris@ropers.com
2   LAEL D. ANDARA (SBN 215416)
    landara@ropers.com
3   AMY K. GRUBER (SBN 239793)
    agruber@ropers.com
4   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
5   Redwood City, CA 94063
    Telephone:    (650) 364-8200
6   Facsimile:    (650) 780-1701

7   Attorneys for Plaintiff
    COUNTY OF SONOMA

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  COUNTY OF SONOMA,                    CASE NO.  C07-04532 JW

13              Plaintiff,               **AFFIDAVIT OF SUBSTITUTE SERVICE
                                         ON DEFENDANT NANCY HAYSSEN**
14  v.

15  NANCY HAYSSEN,

16              Defendant.

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
#### Northern District of California

Case Number: C07-4532 JW

Plaintiff:
**County of Sonoma**

vs.

Defendant:
**Nancy Hayssen**

For:
SJG & Associates
1388 Sutter Street
Suite 900
San Francisco, CA  94109

Received by JEAN RANDALL PROCESS SERVICE to be served on **Nancy Hayssen, 501 Fourth St., Santa Rosa, CA 95401.**

I, Barbara Trites, being duly sworn, depose and say that on the **20th day of September, 2007 at 2:34 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:**  served by delivering a true copy of the **Summons in a Civil Case, Complaint, Exhibits, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order**Regarding Case Management in Civil Cases, Standing Order re Pretrail Preparation, Standing Order **for All Judges of the Northern District of California, Standing Order for Discover Practice, Notice of Availabilitiy of Magistrate, Dispute Resolution Procedures Packet, Guidelines, ECF Registration Information Handout** with the date and hour of service endorsed thereon by me, to: **WENDY "DOE" as Receptionist**, a person employed therein and authorized to accept service for**Nancy Hayssen** at the address of: **501 Fourth St., Santa Rosa, CA 95401,** the within named person's usual place of business, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above entitled action.

Subscribed and Sworn to before me on the the 26th
day of September, 2007.

WITNESS my hand and official seal.

Barbara Trites
156

_____
NOTARY PUBLIC

_____
MY COMMISSION EXPIRES

**JEAN RANDALL PROCESS SERVICE**
**561 Louis Drive**
**Novato, CA  94945-3336**
**(415) 897-2361**

Our Job Serial Number: 2007008874

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.11