1  ROBERT P. ANDRIS (SBN 130290)
   randris@ropers.com
2  LAEL D. ANDARA (SBN 215416)
   landara@ropers.com
3  AMY K. GRUBER (SBN 239793)
   agruber@ropers.com
4  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
5  Redwood City, CA  94063
   Telephone:    (650) 364-8200
6  Facsimile:    (650) 780-1701

7  Attorneys for Plaintiff
   COUNTY OF SONOMA

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  COUNTY OF SONOMA,                    CASE NO.  C07-04532 JW

13              Plaintiff,               **PROOF OF SERVICE OF SUMMONS ON
                                         NANCY HAYSSEN**
14  v.

15  NANCY HAYSSEN,

16              Defendant.

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5016844.1/LD

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Robert P. Andris (SBN 130290)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 300<br>Redwood City, CA 94063<br>   TELEPHONE NO.: (650) 364-8200   FAX NO. *(Optional):*<br>E–MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* County of Sonoma | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
   STREET ADDRESS:
   MAILING ADDRESS:
   CITY AND ZIP CODE:
   BRANCH NAME: United States District Court-Northern District of California

| PLAINTIFF/PETITIONER: COUNTY OF SONOMA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NANCY HAYSSEN | C 07 4532 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Order Setting Initial Case Mgmt. Conference & ADR Deadlines; ECF Registration Information Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction

3. a. Party served *(specify name of party as shown on documents served):*
      Nancy Hayssen

   b. Person served: ☐ party in item 3a ☑ other *(specify name and relationship to the party named in item 3a):*
      Andrea Crosbie, Front Desk Receptionist at place of work

4. Address where the party was served: 300 B Street/501 Fourth Street, Santa Rosa, CA 95401

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* 11/05/2007 at *(time):* 3:15 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      Andrea Crosbie, Front Desk Receptionist

      (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
      *(date):* 11/05/07 from *(city):* Santa Rosa   or ☐ a declaration of mailing is attached.

      (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF/PETITIONER: COUNTY OF SONOMA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NANCY HAYSSEN | C 07 4532 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*             (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                   ☐ other:

7. **Person who served papers**
  a. Name: D.L. Newman
  b. Address: 2215-R Market Street, #517, San Francisco, CA 94114
  c. Telephone number: (415) 601-2925
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: 148
      (iii) County: San Francisco

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: November 6, 2007

D.L. Newman               ▶
_____        _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE )

# DECLARATION OF DILIGENCE

**PLAINTIFF:**      **County of Sonoma**

**DEFENDENT:**      **Nancy Hayssen**

                              CASE NO. __C07-4532__ .

I, __D.L. Newman__ , served the document(s) as indicated on the attached Proof of Service. I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action, and I declare that before using substituted service under CCP 415.20(a), I diligently attempted to personally service the defendant:

__Nancy Hayssen__ .
                    Defendant's Name

A substituted service was made on the above defendant as a personal service was not possible, due to the following reasons:

**RESIDENCE ADDRESS:**   **na**

**ATTEMPTS MADE:**

**BUSINESS ADDRESS:**   **300 B Street/501 Fourth Street**
                        **Santa Rosa, CA  95401**

**ATTEMPTS MADE:**   **10/30/07**   **1:00 pm**
                      **11/01/07**   **9:00 am – 9:30 am**
                      **11/05/2007**  **3:15 pm**

**NOTE:** I was not given the __X__ Home _____ Business Address of the Defendant.

Substituted service was made by leaving the papers with__ Andrea Crosbie, Front Desk Receptionist__ at __300 B Street/501 Fourth Street, Santa Rosa, CA  95401_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on__ November 6, 2007__ . at San Francisco, California.

D.L. Newman, SF Reg. #148
2215-R Market Street, #517
San Francisco, CA  94114
(415) 601-2925

**CASE NAME:**   <u>County of Sonoma v. Nancy Hayssen</u>

**ACTION NO.:**   **C07-04532 JW (United States District Court – Northern District)**

**PROOF OF SERVICE**

**METHOD OF SERVICE**

  ☒ First Class Mail         ☐ Facsimile         ☐ Messenger Service

  ☐ Overnight Delivery         ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.
2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063.
3. On November 16, 2007 I served the following documents:

**PROOF OF SERVICE OF SUMMONS ON NANCY HAYSSEN**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

<u>As a courtesy only</u>:

Eric A. Handler                  Telephone: 510-451-0544
Donahue Gallagher Woods LLP    Facsimile: 510-832-1486
300 Lakeside Drive, Suite 1900     Email: ehandler@donahue.com
Oakland, CA 94612

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. <u>(Separate Proof of Transmission by Fax to be provided.)</u>

    c. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 16, 2007

                                  *Laura L. Koozmin*
                                  LAURA L. KOOZMIN

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5028400.1/LD