**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SONOMA,<br><br>          Plaintiff(s),<br><br>  v.<br><br>NANCY HAYSSEN,<br><br>          Defendant(s).<br>_____/ | No. C 07-04532 JW<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for January 7, 2008 at 10:00 AM, has been reset to **January 14, 2008, at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint Case Management Conference by January 4, 2008.

Dated: December 10, 2007

                                                          FOR THE COURT,
                                                          Richard W. Wieking, Clerk

                                               by:       /s/
                                                           Elizabeth Garcia
                                                           Courtroom Deputy