UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SONOMA
            Plaintiff(s),

v.

NANCY HAYSSEN
            Defendant(s).
_____/

Case No. C 07-04532 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: December 6, 2007

[Party]
PHILLIP M. DEMERY,
Director of Transportation
and Public Works for the
County of Sonoma, Plaintiff

Dated: December 14, 2007

[Counsel]
ROBERT P. ANDRIS
AMY K. GRUBER
Attorneys for Plaintiff

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| CASE NAME: | <u>County of Sonoma v. Nancy Hayssen</u> |
| ACTION NO.: | C07-04532 JW (United States District Court – Northern District) |

**PROOF OF SERVICE**

**METHOD OF SERVICE**

☒ First Class Mail    ☐ Facsimile    ☐ Messenger Service

☐ Overnight Delivery    ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.
2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063.
3. On December 17, 2007 I served the following documents:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

Nancy Hayssen              In Pro Per
501 4th Street             Email: nancy@sonomacountyairport.com
Santa Rosa, CA 95401

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. <u>(Separate Proof of Transmission by Fax to be provided.)</u>

    c. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: December 17, 2007

*/s/ Laura L. Koozmin*
LAURA L. KOOZMIN

RC1/5028400.1/LD

PROOF OF SERVICE
C07-04532 JW