UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SONOMA
    Plaintiff(s),

v.

NANCY HAYSSEN
    Defendant(s).

CASE NO. C 07-04532 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [x] Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
- [ ] Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
- [x] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: December 19, 2007

                                Attorney for Plaintiff
                                County of Sonoma

Dated: December 19, 2007

                                Nancy Hayssen

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
JAMES WARE

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| CASE NAME: | <u>County of Sonoma v. Nancy Hayssen</u> |
| ACTION NO.: | C07-04532 JW (United States District Court – Northern District) |

### PROOF OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail ☐ Facsimile ☐ Messenger Service
☐ Overnight Delivery ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.
2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063.
3. On December 19, 2007 I served the following documents:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

Nancy Hayssen                           In Pro Per
501 4th Street                          Email: nancy@sonomacountyairport.com
Santa Rosa, CA 95401

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. <u>(Separate Proof of Transmission by Fax to be provided.)</u>

    c. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2007                    *Laura L. Koozmin* (signature)
                                           LAURA L. KOOZMIN

RC1/5028400.1/LD                                       PROOF OF SERVICE
                                                       C07-04532 JW