ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

December 20, 2007

Amy Kinsella Gruber
Lael D. Andara
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

Nancy Hayssen
501 4th Street
Santa Rosa, Ca 95401
(707) 525-8658

Re: County of Sonoma v. Hayssen
Case No. C 07-04532 JW MED

Dear Counsel and Ms. Hayssen:

We have received notification from Judge James Ware that the referenced case was referred to Mediation today. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for **Thursday, January 3, 2008 at 10:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. If you are not available at this date and time, please contact the other side and provide me with three alternative times you are all available during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf