IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| County of Sonoma, | NO. C 07-04532 JW |
|       Plaintiff,<br>  v. | **ORDER GRANTING LEAVE TO PROCEED USING THE COURT'S E-FILING SERVICE** |
| Nancy Hayssen, | |
|       Defendant.               / | |

Before the Court is Defendant's request to be included in the Court's electronic filing system. For good cause, the Court GRANTS Defendant's leave to proceed in this action using the Court's e-filing service. Defendant shall contact the Clerk of Court within ten (10) days from the date of this Order to properly register for e-filing..

Dated: December 20, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Kinsella Gruber agruber@ropers.com
Lael D. Andara landara@ropers.com

Amy Kinsella Gruber
Ropers, Majeski, Kohn & Bentley
1001 Mashall Street
Redwood City, CA 94063

Lael D. Andara
Ropers Majeski Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063

Nancy Hayssen
501 4th Street
Santa Rosa, CA 95401

**Dated: December 20, 2007**              **Richard W. Wieking, Clerk**

                                                    **By:  /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California