1 ROBERT P. ANDRIS (SBN 130290)
randris@ropers.com
2 LAEL D. ANDARA (SBN 215416)
landara@ropers.com
3 AMY K. GRUBER (SBN 239793)
agruber@ropers.com
4 ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
5 Redwood City, CA  94063
Telephone:    (650) 364-8200
6 Facsimile:    (650) 780-1701

7 Attorneys for Plaintiff
COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COUNTY OF SONOMA, | CASE NO.  C07-04532 JW |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED PERSONS OR PARTIES** |
| v. | |
| NANCY HAYSSEN, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 3, 2008    ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Amy K. Gruber
ROBERT P. ANDRIS
LAEL D. ANDARA
AMY K. GRUBER
Attorneys for Plaintiff
COUNTY OF SONOMA

RC1/5047895.1/AG2

CERTIFICATION OF INTERESTED PERSONS
OR PARTIES – NO. C07-04532 JW