# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| County of Sonoma, | 07-04532 JW MED |
|            Plaintiff(s), | **Notice of Appointment of Mediator** |
|   v. | |
| Hayssen, | |
|            Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jack Russo**
Russo & Hale
401 Florence St.
Palo Alto, CA 94301
650-327-9800

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04532 JW MED            - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: January 11, 2008

5  RICHARD W. WIEKING
   Clerk
6  by:    Claudia M. Forehand

7  *[signature]*

8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04532 JW MED                    - 2 -