# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CIVIL MINUTES

Judge: James Ware                    **Courtroom Deputy:  Elizabeth Garcia**
Date:  1/14/2008                     **Court Reporter:  Not Reported**
Case No: C-07-04532 JW               **Interpreter:  N/A**

### TITLE

**County of Sonoma v. Nancy Hayssen**

**Attorney(s) for Plaintiff(s): Amy Gruber**
**Attorney(s) for Defendant(s): Nancy Hayssen**
### PROCEEDINGS

**Initial Case Management Conference**

### ORDER AFTER HEARING

Hearing Held off record.  The Court continued this matter to April 7, 2008 at 10:00 AM.  Joint Case
Management Statement due ten (10) days prior to hearing.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: