IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| County of Sonoma, | NO. C 07-04532 JW |
|         Plaintiff,<br>v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Nancy Hayssen, | |
|         Defendant. / | |

The Court conducted a Case Management Conference on January 14, 2008. Counsel for Plaintiff and Defendant, in *pro per* were present. The parties represented that they had been appointed a mediator through the Court's alternate dispute resolution program and would schedule a mediation within two weeks.

In light of the parties' representations, the Court orders as follows:

1) On or before **January 31, 2008**, the parties shall file a Joint Statement informing the Court of their proposed schedule for mediation.

2) The parties shall appear for a Further Case Management Conference on **April 7, 2008**. Pursuant to the Civil Local Rules, the parties shall file a Joint Case Management statement on or before **March 28, 2008**. The Joint Statement shall include the parties' preliminary contentions regarding the governing legal principles asserted in this case.

Dated: January 23, 2008

                                            JAMES WARE<br>
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Kinsella Gruber agruber@ropers.com
Lael D. Andara landara@ropers.com
Nancy Hayssen via E-filing pursuant to Defendant's request

**Dated: January 23, 2008**                          **Richard W. Wieking, Clerk**

                                                     **By:  /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**