1  ROBERT P. ANDRIS (SBN 130290)
   randris@ropers.com
2  LAEL D. ANDARA (SBN 215416)
   landara@ropers.com
3  AMY K. GRUBER (SBN 239793)
   agruber@ropers.com
4  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
5  Redwood City, CA 94063
   Telephone:  (650) 364-8200
6  Facsimile:  (650) 780-1701

7  Attorneys for Plaintiff
   COUNTY OF SONOMA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| COUNTY OF SONOMA, | CASE NO. C07-04532 JW |
|---|---|
| Plaintiff, | **JOINT STATEMENT ON MEDIATION SCHEDULE** |
| v. | |
| NANCY HAYSSEN, | |
| Defendant. | |

Pursuant to the Court's January 23, 2008 Order, the parties to the above captioned matter hereby submit that they have scheduled a mediation session with the court-appointed mediator, Jack Russo, on February 28, 2008 at 9:00 a.m.

Dated: January 30, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Amy K. Gruber
ROBERT P. ANDRIS
LAEL D. ANDARA
AMY K. GRUBER
Attorneys for Plaintiff
COUNTY OF SONOMA

Dated: January 30, 2008

By: _____
NANCY HAYSSEN
Defendant, In Pro Per

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5063102.1/AG2

- 2 -

JOINT STATEMENT ON MEDIATION –
NO. C07-04532 JW

| | |
|---|---|
| CASE NAME: | <u>County of Sonoma v. Nancy Hayssen</u> |
| ACTION NO.: | C07-04532 JW (United States District Court – Northern District) |

## PROOF OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail  ☐ Facsimile  ☐ Messenger Service
☐ Overnight Delivery  ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.
2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063.
3. On January 31, 2008 I served the following documents:

**JOINT STATEMENT ON MEDIATION SCHEDULE**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

Nancy Hayssen  
501 4th Street  
Santa Rosa, CA 95401

In Pro Per  
Email: nancy@sonomacountyairport.com

5. I served the documents by the following means:

   a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   b. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. <u>(Separate Proof of Transmission by Fax to be provided.)</u>

   c. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: January 31, 2008

*Laura L. Koozmin* (signature)  
LAURA L. KOOZMIN

RC1/5028400.1/LD

PROOF OF SERVICE  
C07-04532 JW