RECEIVED JAN 15 2008 By_____

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| County of Sonoma,<br><br>      Plaintiff(s),<br><br>v.<br><br>Hayssen,<br><br>      Defendant(s). | No. C 07-04532 JW MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __02/28/08__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated:  __3-5-08__                        _____
                                          Mediator, Jack Russo
                                          Russo & Hale
                                          401 Florence St.
                                          Palo Alto, CA 94301

**Certification of ADR Session**
07-04532 JW MED