San Jose Court
Judge Ware
US District Court
280 S. 1st St.
San Jose, CA 95113

**FILED**

APR 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case #C074532

March 28, 2008

Dear Judge Ware,

I'm writing you to plead a change in date for the next Case Management hearing on April 7th, 2008 for Case #C074532.

I'm the defendant Nancy Hayssen.

Both parties went to Mediation on February 28th where we agreed to settle. On March 18th, the "agreement" was taken to the Board of Supervisors in Sonoma County.

The County "disapproved" of the agreement which had been agreed upon at the Mediation.

In the meantime, because I thought this was going to settle I made a commitment on April 7th.

I'm pleading to ask if we can re-schedule the Case Management hearing to April 15th, 2008 or any day the week of April 14-18.

Nancy Hayssen Contact
Phone: 707-758-0149
Email: Nhayssen@sonic.net

Thank You,

Nancy Hayssen