


NANCY LENNSEN
10650 GREEN VALLEY Rd.
SEBASTOPOL, CA 95472

SAN JOSE Court
JUDGE WARE
US District Court
280 S. 1st St.
SAN JOSE, CA 95113