*E-FILED*
**April 17, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SONOMA, | No. C 07-04532 JW (PVT) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| NANCY HAYSSEN, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference previously scheduled for **May 27, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **June 6, 2008 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated April 4, 2008, shall remain in effect.

1   The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2   prior to the date set for settlement conference.

4   Dated:   April 17, 2008

        _____
        RICHARD SEEBORG
        United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Lael D. Andara     landara@ropers.com, aslanlair@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

Amy Kinsella Gruber     agruber@ropers.com, lkoozmin@ropers.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Nancy Hayssen
501 4th Street
Santa Rosa, CA 95401
.

Dated: April 17, 2008

                CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                By:     /s/ *BAK*