```
 1  ROBERT P. ANDRIS (SBN 130290)
    randris@ropers.com
 2  LAEL D. ANDARA (SBN 215416)
    landara@ropers.com
 3  ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
 4  Redwood City, CA 94063
    Telephone:   (650) 364-8200
 5  Facsimile:   (650) 780-1701

 6  Attorneys for Plaintiff
    COUNTY OF SONOMA
```

**IT IS SO ORDERED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| COUNTY OF SONOMA, | CASE NO. C07-04532 JW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |
| v. | |
| NANCY HAYSSEN, | |
| Defendant. | |

WHEREAS, plaintiff County of Sonoma and defendant Nancy Hayssen have settled the above-captioned matter.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff County of Sonoma and the defendant Nancy Hayssen, through their respective attorneys as indicated below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties written settlement agreement, that this action shall now be dismissed with prejudice, with both parties to bear their own costs and attorneys fees; and

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between plaintiff County of Sonoma and defendant Nancy Hayssen, through their respective attorneys, that the aforesaid settlement agreement and its terms are hereby incorporated herein by reference, and that

///

///

1 this Court located in the Northern District of California will retain jurisdiction over its
2 enforcement.

3 Dated: October _____, 2008　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ROBERT P. ANDRIS
LAEL D. ANDARA
Attorneys for Plaintiff
COUNTY OF SONOMA

Dated: October 7, 2008

By: _____
WILLIAM HAROLD GREEN
Attorney for Defendant
NANCY HAYSSEN

this Court located in the Northern District of California will retain jurisdiction over its enforcement.

Dated: October 7, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Robert P. Andris / Lael D. Andara
ROBERT P. ANDRIS
LAEL D. ANDARA
Attorneys for Plaintiff
COUNTY OF SONOMA

Dated: October 7, 2008

By: /s/ William Harold Green
WILLIAM HAROLD GREEN
Attorney for Defendant
NANCY HAYSSEN

### ORDER

IT IS SO ORDERED: The Clerk shall close this file.

Dated: October 8, 2008

/s/ James Ware
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE